AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

United States Magistrate Court
DISTRICT OF TEXAS
FILED

OCT 29 2012

SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Jose HERNANDEZ, Jr. | Case Number: 5:12mj1376 |
| Brownsville, TX | |
| United States | |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 25, 2012** in **Hebbronville, TX**, **Jim Hogg** County, in the **Southern** District of **Texas**, **Jose HERNANDEZ, Jr.** defendant(s),

a United States Citizen, did unlawfully transport Mexican Nationals Cristou Alfonso MONDRAGON-RIVAS and Jorge Alberto LAGUNA-MARTINEZ, along with ten (10) others, by means of a motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a)(1)(A)(ii)**

I further state that I am a(n) **U.S. Immigration and Customs Enforcement Special Agent** and that this complaint is based
on the following facts: based on statements of the accused and the records of the Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

**Marco A. Montemayor, Special Agent HSI**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**October 29, 2012** at **Laredo, Texas**
Date                                          City and State

**Honorable Diana Song Quiroga**
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

- United States of America                                                                                 Page 2

      vs

    Jose HERNANDEZ, Jr.

**[CONT OF BASIS OF COMPLAINT]**

On October 25, 2012, at approximately 5:50pm, Border Patrol Agents assigned to the United States Border Patrol Checkpoint located approximately 1 mile East of Hebbronville, Texas on Farm to Market (FM) road 1017, conducted an immigration inspection on the Jose HERNANDEZ, Jr. HERNANDEZ was driving a tractor with a grain hopper trailer, and during initial inspection, stated that the trailer was empty. After a positive canine alert, HERNANDEZ was referred for a secondary inspection.

During secondary inspection, Border Patrol Agents obtained consensual access to the trailer. A tarp covering the trailer was retracted, revealing a modification to the inside of the trailer, which was now fitted with plywood sheets across the center base of said trailer, creating a makeshift floorboard, and rendering the trailer useless for its original purpose of hauling seeds. The plywood sheets essentially would block the seed or comparable products from being unloaded from said trailer.

While inspecting the trailer, US Border Patrol agents encountered twelve (12) individuals sitting on the makeshift plywood floorboard, and after conducting an immigration inspection, all 12 individuals were determined to be illegally present in the United States.

At approximately 9:45pm, HERNANDEZ was read his Miranda Rights by Homeland Security Investigations (HSI) Special Agents in the English language. HERNANDEZ invoked his right to an attorney and the interview was terminated.

Both material witnesses held by HSI, Cristou Alfonso MONDRAGON-RIVAS and Jorge Alberto LAGUNA-MARTINEZ, stated that they illegally entered the United States approximately two weeks prior, and that they were being charged approximately $4,000 USDS for being illegally crossed into the United States. MONDRAGON-RIVAS and LAGUNA-MARTINEZ each stated that they had boarded the trailer approximately two and one half to 3 hours before being stopped and detained by Border Patrol Agents. The material witnesses stated that they were delivered to the tractor trailer, which was turned on and parked on the side of a highway, and instructed to board the trailer. Both material witnesses stated that once the tractor trailer began to drive away, it did not stop until reaching the Border Patrol checkpoint.

HERNANDEZ, MONDRAGON-RIVAS and LAGUNA-MARTINEZ were arrested and transported to Webb County Jail without incident.