United States Magistrate Court
DSC-SDTX
FILED

OCT 29 2012

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT |
| JOSE HERNANDEZ, JR. | § | TO BAIL REFORM ACT |
| *Defendant* | § | Case Number: 5:12-mj-1376 |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for **November 2, 2012 at 10:00 AM**, before United States Magistrate Judge Diana Song Quiroga, at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

DIANA SONG QUIROGA
United States Magistrate Judge

Date of order: **October 29, 2012**

CHARGE:   Title 8, United States Code, Section(s) 1324(a)(1)(A)(ii)

/df